**Order entered December 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00529-CV

**HAMPDEN CORPORATION, ET AL, Appellants**

**V.**

**REMARK, INC. ET AL, Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00342-06**

## ORDER

We **GRANT** appellants' December 17, 2013 unopposed motion for extension of time to file reply brief and **ORDER** the brief filed January 20, 2014. Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/s/      DAVID LEWIS
          JUSTICE